## Pilsen Laundry and Dry Cleaning Company, Inc., Appellee, v. American Employers' Insurance Company, Appellant.

Gen. No. 46,277.

John Narusis, Jr., for appellant; Timothy F. Sullivan, of counsel; Herman B. Goldstein, and Albert B. Busch, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed October 19, 1954; released for publication January 4, 1955.